IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER LEROY, #266237, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 1:11-cv-991-TMH |
| | ) |
| J. C. GILES, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

On June 23, 2014, the Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas corpus relief filed by Alexander Leroy is DENIED as it was not filed within the one-year period of limitation mandated by the provisions of 28 U.S.C. § 2244(d)(1) and this case is DISMISSED with prejudice.

DONE this the 23rd day of July, 2014.

                                                  /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE